JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:        ned_smock@fd.org


Counsel for Defendant MCCLAY


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JET MCCLAY,<br><br>Defendant. | **Case No.:** 25-70591 MAG<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

Mr. McClay is scheduled to appear for a status conference on May 18, 2026. Mr. McClay is out of custody living with his father in Texas and has had no violations of the terms of his pretrial release.  United States Pretrial Services has been performing a screening of Mr. McClay for LEADS eligibility and expects to provide a report to the parties within days.  In addition, the government has turned over discovery and the defense is reviewing those voluminous electronic materials.  The defense needs additional time to review those materials and to meet with the defendant.  In addition, the parties will be discussing possible resolution of this matter once the report from Pretrial Services is received.  Therefore, the parties agree that the matter be continued to July 8, 2026 before the duty magistrate

~~[PROPOSED]~~ STIPULATED ORDER
*MCCLAY*, 25-70591 MAG

judge. If the parties are able to reach a resolution in advance of that date, they will seek to advance the matter.

It is further stipulated that time be excluded under the Speedy Trial Act from May 18, 2026 through July 8, 2026, and that the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 be extended for that same period.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and the time limit extended under Fed. R. Crim. P. 5.1 so that defense counsel can continue to prepare, including by reviewing discovery already produced, and so that parties can continue to work on a negotiated disposition.  For these reasons and others, the parties stipulate and agree that excluding time until July 8, 2026 will allow for the effective preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from May 18, 2026 through July 8, 2026 from computation under the Speedy Trial Act and extending the time limit under Fed. R. Crim. P. 5.1 outweigh the best interests of the public and the defendant in a speedy trial and a preliminary hearing. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

IT IS SO STIPULATED.

May 13, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
KENNETH CHAMBERS
Assistant United States Attorney

May 13, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
NED SMOCK
Assistant Federal Public Defender

[PROPOSED] STIPULATED ORDER
*MCCLAY*, 25-70591 MAG

IT IS SO ORDERED.

May 13, 2026
　　Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] STIPULATED ORDER
*MCCLAY*, 25-70591 MAG