JODI LINKER
Federal Public Defender
Northern District of California
NED SMOCK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ned_smock@fd.org

Counsel for Defendant MCCLAY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JET MCCLAY,<br>Defendant. | **Case No.:** 25-70591 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

Mr. McClay is scheduled to appear for a status conference on August 18, 2026. Mr. McClay is out of custody living with his father in Texas and has had no violations of the terms of his pretrial release. The government has turned over discovery and the defense continues to review those voluminous electronic materials. The defense needs additional time to review those materials and to meet with the defendant. In addition, the parties have been discussing possible resolution of this matter. The parties are now finalizing the terms of a plea agreement contemplating Mr. McClay's participation in this Court's LEADS program and additional time is needed to finalize the LEADS Individualized Success Plan associated with this agreement. Once the agreement has been finalized,

the government anticipates filing an Information, at which point a District Judge will be assigned. At that time, the parties will seek to schedule an arraignment on the Information and change of plea proceeding on the same day so that Mr. McClay can travel here from Texas for both appearances and avoid repeat trips. The parties would then vacate the control date being set pursuant to this stipulation. Therefore, the parties agree that the matter be continued to September 8, 2026 before the duty magistrate judge.

It is further stipulated that time be excluded under the Speedy Trial Act from August 18, 2026 through September 8, 2026, and that the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 be extended for that same period.

The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act and the time limit extended under Fed. R. Crim. P. 5.1 so that defense counsel can continue to prepare, including by reviewing discovery already produced, and so that parties can continue to work on a negotiated disposition. For these reasons and others, the parties stipulate and agree that excluding time until September 8, 2026 will allow for the effective preparation of counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 18, 2026 through September 8, 2026 from computation under the Speedy Trial Act and extending the time limit under Fed. R. Crim. P. 5.1 outweigh the best interests of the public and the defendant in a speedy trial and a preliminary hearing. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim. P. 5.1(d).

IT IS SO STIPULATED.

August 14, 2026
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

/S
KENNETH CHAMBERS
Assistant United States Attorney

August 14, 2026
Dated

JODI LINKER
Federal Public Defender
Northern District of California

/S

NED SMOCK
Assistant Federal Public Defender

IT IS SO ORDERED.

August 14, 2026

Dated

HON. THOMAS S. HIXSON
United States Magistrate Judge